UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS

BRANDON GREEN                                         NO.: 14-00070-BAJ-RLB

### ORDER

Considering the **Motion for Pre-Trial Mental Health Examination to Determine Defendant's Insanity at the Time of Offense (Doc. 45)** filed by the United States, which moves for an examination of Defendant Brandon Green ("Defendant") by Dr. Jose Artecona, M.D.[1] pursuant to Federal Rule of Criminal Procedure 12.2 and 18 U.S.C. § 4242 following the **Notice of Intent to Assert Defense of Insanity at the Time of Offense (Doc. 36)** filed by Defendant:

**IT IS ORDERED** that the motion of the United States (Doc. 45) is **GRANTED**.

**IT IS FURTHER ORDERED** that Dr. Artecona shall be provided reasonable access in order to evaluate Defendant to ascertain his sanity at the time of his alleged offense as set forth in June 12, 2014 Indictment.

**IT IS FURTHER ORDERED** that Dr. Artecona shall issue a Report whose contents conform to the provisions of 18 U.S.C. § 4247(c), and shall promptly submit the Report **under seal** with the Court upon its completion, with copies provided to

---

[1] Both parties agreed to the appointment of Dr. Artecona, a board certified forensic psychiatrist, during a status conference held on December 14, 2015. (*See* Doc. 43). Defendant also requested the appointment of Dr. Artecona in a duplicative motion. (*See* Doc. 41).

1

JURY

Defendant's counsel and to the United States within 45 days of this order.

**IT IS FURTHER ORDERED** that the provisions of the Speedy Trial Act as provided in 18 U.S.C. § 3161 are suspended pending receipt of the Report by the Court. Specifically, the Court finds that due to Defendant's notice of intent to assert a defense of insanity at the time of his offense and the Court's order for a psychological or psychiatric examination upon the request of the United States, the ends of justice outweigh the interests of the public and Defendant in a speedy trial, because the United States and Defendant would otherwise be deprived of reasonable time to prepare for trial.

**IT IS FURTHER ORDERED** that Defendant's duplicative **Motion to Appoint Psychiatrist and to Interrupt Speedy Trial (Doc. 41)** is **DENIED**.

**IT IS FURTHER ORDERED** that the trial date set in this matter is **CANCELLED**. Upon receipt of Dr. Artecona's Report, counsel for Defendant and the United States shall immediately file a joint motion to reset the pre-trial conference and trial date in this matter.

Baton Rouge, Louisiana, this 11th day of January, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**